PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**07CRIM. 344**

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 1:03-CR-703-01 JEC |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 344 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Evelyn Vargas | Northern District of Georgia | Atlanta |

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Julie E. Carnes |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/13/2006 | TO 11/12/2010 |
|---|---|---|

*JUDGE KOELTL* (stamp)

**OFFENSE**

Possession with Intent to Distribute Heroin
21 USC 841(a)(1) and 841(b)(1)(B)i)
Importation of Heroin
21 USC 952(a), 960(a)(1) and 960(b)(2)(A)

APR 26 2007 (filed stamp)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_March 12, 2007_  
Date

_/s/ Julie Carnes_  
Honorable Julie E. Carnes
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 26 2007

_____  
Effective Date

_/s/ Ronald Ellis_  
Honorable
United States ~~District~~ Judge