

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 6 2007

## MEMORANDUM

| | |
|---|---|
| **TO:** | Jim Molinelli<br>Criminal Part 1 Clerk |
| **FROM:** | Claudell Brehon<br>U.S. Probation Officer |
| **RE:** | Evelyn Vargas<br>03 CR 703-01 |
| **DATE:** | APRIL 18, 2007 |

07 CRM 344

### TRANSFER OF JURISDICTION APPROVAL

On March 12, 2007, the Transfer of Jurisdiction Request from the Northern District of Georgia to the Southern District of New York, was approved by the Honorable Julie E. Carnes, U.S. District Judge for the Northern District of Georgia.

Enclosed please find the original of the Probation Form 22 (Transfer of Jurisdiction Order) and the original memo from the Northern District of Georgia.

Please feel free to contact me if you have any questions or need further information regarding this request at (212) 805-0065.

Thank you

Claudell Brehon
U.S. Probation Officer